UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

RUFUS L. SPEARMAN,

        Plaintiff,                      Case No. 2:20-cv-00185

v.                                          Honorable Paul L. Maloney

GRETCHEN WHITMER et al.,

        Defendants.

_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   October 15, 2020                       /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge